IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OSCAR REYES HUERTA, | * |
| Petitioner, | * |
| v. | * Civil Case No.: SAG-26-0124 |
| NIKITA BAKER, *et al.*, | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \*

## ORDER

Petitioner Oscar Reyes Huerta filed a Petition for a Writ of Habeas Corpus ("Petition") on January 13, 2026, ECF 1, asserting a number of claims and seeking immediate release from custody. This Court held a telephonic hearing on January 15, 2026, at which both parties presented argument. For the reasons stated during the hearing, and the legal rationale this Court set out in *Afghan v. Noem,* Civ. SAG-25-04105, 2025 WL 3713732 (D. Md. Dec. 23, 2025), this Court finds that Petitioner is detained pursuant to 8 U.S.C. § 1226(a) and is entitled to and shall seek a bond hearing pursuant to the applicable regulations. This Court will therefore GRANT the Petition. Petitioner shall receive a bond hearing before an immigration judge, pursuant to 8 U.S.C. § 1226(a), within ten (10) days of the date of the Petitioner's filing for a bond hearing. If the bond hearing is not held within ten days, Respondents should RELEASE Petitioner from custody. The parties should file a joint status update with the Court following the bond hearing. This Court shall RETAIN jurisdiction over this matter to enforce compliance with this Order.

Dated: January 15, 2026

/s/
Stephanie A. Gallagher
United States District Judge